# ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeals of - | ) |
| | ) |
| Arcade Travel, Inc. d/b/a Boersma Travel | ) ASBCA Nos. 62009, 62010, 62076 |
| Services | ) |
| | ) |
| Under Contract Nos. H98210-18-C-0002 | ) |
| HHSP2332013000261 | ) |
| HHSP2332014000101 | ) |

APPEARANCES FOR THE APPELLANT:    Thomas R. Morris, Esq.
David R. Morris, Esq.
  Morris & Morris Attorneys, P.L.L.C.
  Dexter, MI

Bryant S. Banes, Esq.
Sarah P. Harris, Esq.
  Neel, Hooper & Banes, P.C.
  Houston, TX

APPEARANCES FOR THE GOVERNMENT:    Hattie R. Dubois, Esq.
  Chief Trial Attorney
Brian L. Howell, Esq.
Mathew W. Ponzar, Esq.
  Trial Attorneys
  Defense Human Resources Activity

## ORDER OF DISMISSAL

The dispute has been settled.  The appeals are dismissed with prejudice.

Dated:  March 24, 2025

_____
KENNETH D. WOODROW
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA Nos. 62009, 62010, 62076, Appeals of Arcade Travel, Inc. d/b/a Boersma Travel Services, rendered in conformance with the Board's Charter.

Dated:  March 25, 2025

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals